■ MIRIAM J. WINTER, Formerly Known as MIRIAM W. BOSKIN, Respondent, v HERBERT L. BOSKIN, Appellant. (Appeal No. 2.)—Amended order unanimously modified on the law and as modified affirmed without costs and matter remitted to Supreme Court for further proceedings in accordance with the same Memorandum as in *Winter v Boskin* ([appeal No. 1] 181 AD2d 1000 [decided herewith]). (Appeal from Amended Order of Supreme Court, Monroe County, Willis, J.—Modification of Divorce Decree.) Present—Callahan, J. P., Green, Pine, Lawton and Davis, JJ.